UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

FILED
AUG 2 5 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **4:21CR00479 SRC/JMB** |
| CHRISTOPHER WADE MCBRIDE, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

(Passing or Uttering Counterfeit Obligations)

On or about January 8, 2021, in Doolittle, Missouri, within the Eastern District of Missouri,

**CHRISTOPHER WADE MCBRIDE,**

the defendant herein, with the intent to defraud, did pass to "K.D.," an employee at "Store D.G.," a falsely made, forged and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of ten dollars, Serial Number MP10033014P, which the defendant then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

### COUNT TWO

(Passing or Uttering Counterfeit Obligations)

On or about January 8, 2021, in Doolittle, Missouri, within the Eastern District of Missouri,

**CHRISTOPHER WADE MCBRIDE,**

the defendant herein, with the intent to defraud, did pass to "D.M.," an employee at "Store D.G.," a falsely made, forged and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of ten dollars, Serial Number MP10033014P, which the defendant then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

## COUNT THREE

(Passing or Uttering Counterfeit Obligations)

On or about April 16, 2021, in Desoto, Missouri, within the Eastern District of Missouri,

**CHRISTOPHER WADE MCBRIDE,**

the defendant herein, with the intent to defraud, did pass to "C.P." an employee at "Store W," a falsely made, forged and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of twenty dollars, Serial Number A200833702A, which the defendant then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

## COUNT FOUR

(Passing or Uttering Counterfeit Obligations)

On or about April 16, 2021, in Desoto, Missouri, within the Eastern District of Missouri,

**CHRISTOPHER WADE MCBRIDE,**

the defendant herein, with the intent to defraud, did pass to "C.P." an employee at "Store W," a falsely made, forged and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of fifty dollars, Serial Number AL89904572, which the defendant then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

## COUNT FIVE

(Passing or Uttering Counterfeit Obligations)

On or about May 5, 2021, in Farmington, Missouri, within the Eastern District of Missouri,

**CHRISTOPHER WADE MCBRIDE,**

the defendant herein, with the intent to defraud, did pass to "S.S." an employee at "Store M," a falsely made, forged and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of one hundred dollars, Serial Number HG04861756C, which the defendant then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

## COUNT SIX

(Passing or Uttering Counterfeit Obligations)

On or about May 8, 2021, in Farmington, Missouri, within the Eastern District of Missouri,

**CHRISTOPHER WADE MCBRIDE,**

the defendant herein, with the intent to defraud, did pass to "S.S." an employee at "Store M," a falsely made, forged and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of one hundred dollars, Serial Number KB46279860I, which the defendant then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

## COUNT SEVEN

(Passing or Uttering Counterfeit Obligations)

On or about May 16, 2021, in Farmington, Missouri, within the Eastern District of Missouri,

**CHRISTOPHER WADE MCBRIDE,**

the defendant herein, with the intent to defraud, did pass to "M.S." an employee at "Store L.C.," a falsely made, forged and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of one hundred dollars, Serial Number KB00000022P, which the defendant then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

## COUNT EIGHT

(Passing or Uttering Counterfeit Obligations)

On or about July 8, 2021, in Herculaneum, Missouri, within the Eastern District of Missouri,

**CHRISTOPHER WADE MCBRIDE,**

the defendant herein, with the intent to defraud, did pass to "I.M." an employee at "Store B," a falsely made, forged and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of one hundred dollars, Serial Number AA10010000AA1, which the defendant then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.  Pursuant to Title 18, United States Code, Sections 492 and 982(a)(2)(B) and Title 18, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 472 as set forth in Counts One through Seven, the defendant shall forfeit to the United States of America: (a) all counterfeits of any coins or obligations or other

4

securities of the United States or of any foreign government, or any articles, devices, and other things made, possessed, or used in said offense, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things; and (b) any property constituting, or derived from, proceeds the defendant(s) obtained directly or indirectly, as the result of such violation.   Subject to forfeiture is a sum of money equal to the total value of any property constituting, or derived from, proceeds the defendant(s) obtained, directly or indirectly, as a result of the offense.

  2. Specific property subject to forfeiture includes, but is not limited to, the following:

  3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                                        A TRUE BILL.


                                        _____
                                        FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
BY: JENNIFER J. ROY
Assistant United States Attorney